CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
November 12, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DEZACHTRE R. GOODE,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:25CV00623 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **VIRGINIA PROBATION AND** ) | JUDGE JAMES P. JONES |
| **PAROLE DISTRICT, et al.,** ) | |
| ) | |
| Defendants. ) | |

*DeZachtre R. Goode, Pro Se Plaintiff.*

The plaintiff, DeZachtre R. Goode ("Goode"), proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983. Goode consented to pay the filing fee for the case through installments withheld from his inmate trust account. However, on October 1, 2025, it came to the attention of the court that Goode had been released from incarceration. The court then entered an Order on October 2, 2025, notifying Goode that he was no longer eligible for the installment payment method due to his release, and directed him to pay the total assessed fees in the amount of $405.00 or otherwise respond within thirty days of the Order's entry. Goode was advised that a failure to pay the fee in full or respond to the court's Order would result in dismissal of this action without prejudice.

The thirty-day period has since elapsed, and Goode has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Goode may refile the claims in a separate action once he is prepared to comply with the noted conditions.

DATED: November 12, 2025

/s/ JAMES P. JONES
Senior United States District Judge